IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 15-22087 GLT |
| Wayne E. Brennan | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| Wayne E. Brennan | ) | Related to Document No. |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| NO RESPONDENT | ) | |
| Respondents | ) | |

**Notice of Change of Address**

Debtor's Social Security Number is:   xxx-xx-<u>7004</u>
**The former mailing address was:**

Wayne Brennan
PO Box 9141
Pittsburgh, PA 15224

**Please be advised that the new address is:**

Wayne Brennan
218 Shannon Heights Drive
Verona, PA 15147

| | |
|---|---|
| <u>April 20, 2017</u> | /s/ Mary Bower Sheats |
| Date | Mary Bower Sheats |
| | PA ID #27911 |
| | 707 Grant St., 33rd Floor |
| | Pittsburgh, PA 15219 |
| | (412) 471-5931 |
| | mbsheats@fgbmp.com |