IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-22087-GLT |
| WAYNE E. BRENNAN | : | Chapter 13 |
|    Debtor | : | |
| WAYNE E. BRENNAN | : | Related to Document No. 64 |
|    Movant | : | |
|    vs. | : | |
| No Respondent, | : | |
|    Respondent | : | |

CERTIFICATION OF NO OBJECTION REGARDING
Motion to for Approval of Settlement filed at document 64

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to approve settlement filed at document no.64, filed on October 8, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to approve settlement filed at document no. 64 appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to approve settlement filed at document no. 64 were to be filed and served no later than October 28, 2019   .

It is hereby respectfully requested that the Order attached to the Motion to approve settlement, filed at document no. 64 be entered by the Court.

Dated   October 29, 2019           /s/Mary Bower Sheats
                                   Mary Bower Sheats, Esquire
                                   PA I.D. #27911
                                   1195 Washington Pike
                                   Suite 325
                                   Bridgeville, PA 15017
                                   (412) 281-7266
                                   Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**