Case 15-22087-GLT    Doc 69    Filed 11/01/19    Entered 11/02/19 00:45:58    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
10/30/19 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-22087-GLT |
| WAYNE E. BRENNAN | : | Chapter 13 |
|   Debtor | : | |
| WAYNE E. BRENNAN | : | |
|   Movant | : | Related to Docket No. 64 |
| vs. | : | |
| No Respondent, | : | |
|   Respondent | : | |

## ORDER APPROVING SETTLEMENT

AND NOW, this 30th Day of October, 2019, upon consideration of the Motion of Wayne E. Brennan, for approval of the proposed compromise and settlement of the debtor's personal injury claim against George Lewis Lutich and Dillon Richardson, and after hearing in open Court, it appearing to the Court that the best interest of the debtor, creditors and the estate will be served by approving the compromise for the reasons set forth in the Motion to approve the settlement, the averments of which are incorporated herein by this reference in their entirety, it is hereby ORDERED, ADJUDGED and DECREED that the settlement between Debtor and George Lewis Lutich and Dillon Richardson, in the total amount of $25,000, is hereby APPROVED as follows:

Special counsel, Carey Leisure & Neal, or its agents, representatives, or insurers shall remit the settlement proceeds as follows:

1. The sum of $7,866.77 shall be remitted directly to Carey Leisure & Neal special personal injury counsel, representing their 33-1/3% fee, less

the $466.56 waived fee as itemized in the settlement documents;

2.      The sum of $12,000 to be remitted directly to the debtor;

3.      Special counsel shall satisfy the medical liens of $4,696.09 from the personal injury settlement proceeds; and

4.      Special counsel shall receive the costs of $437.14 from the settlement proceeds to reimburse Special Counsel for the costs advanced in this matter.

                                        BY THE COURT,

                                        _____ J.
                                        Gregory L. Taddonio
                                        United States Bankruptcy Judge

Case Administrator to mail to:
    Debtor
    Counsel

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-22087-GLT
Wayne E. Brennan                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 1          Date Rcvd: Oct 30, 2019
                                   Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db              +Wayne E. Brennan,    218 Shannon Heights Drive,    Verona, PA 15147-2822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
      Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
   agilbert@tuckerlaw.com
      James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
      Mary Bower Sheats    on behalf of Debtor Wayne E. Brennan Mary@mbsheatslaw.com,
   mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 6