IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Wayne E. Brennan | : | Case No. 15-22087-GLT |
| Debtor | : | |
| | : | Chapter 13 |
| Wayne E. Brennan | : | |
| | : | Related to Document No. |
| | : | |
| Movant | : | |
| vs. | : | |
| No Respondent, | | |
| Respondent | : | |
| | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 21, 2017, at docket number 62, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Executed on July 2, 2020

                                        Respectfully submitted,
                                        /s/Mary Bower Sheats
                                        Mary Bower Sheats, Esquire
                                        PA I.D. #27911
                                        1195 Washington Pike, Suite 325
                                        Bridgeville, PA 15017
                                        412-281-7266
                                        Mary@mbsheatslaw.com

**PAWB Local Form 24 (07/13)**