Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Wayne E. Brennan** | : | Case No. 15−22087−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 71 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/28/20 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this ***The 25th of August, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 71 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) ***On or before October 9, 2020***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***October 28, 2020 at 11:00 AM*** in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                            United States Bankruptcy Court
                           Western District of Pennsylvania

In re:                                                            Case No. 15-22087-GLT
Wayne E. Brennan                                                  Chapter 13
          Debtor                    CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas               Page 1 of 2              Date Rcvd: Aug 25, 2020
                               Form ID: 604             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db           +Wayne E. Brennan,    218 Shannon Heights Drive,    Verona, PA 15147-2822
cr           +Ally Financial,    Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
               Pittsburgh, Pa 15222-5413
sp           +Katherine Neal,    Carey, Leisure & Neal,    622 Bypass Drive,   Suite 100,
               Clearwater, FL 33764-5002
14059160      A T & T Universal Card,    PO Box 6500,   Sioux Falls, SD  57117-6500
14127009      American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
14087461     +Atlas Self Storage,   6449 Saltsburg Road,    Pittsburgh, PA 15235-2071
14071639      Atlas Storage,    Saltsburg Road,   Penn Hills, PA  15235
14101398      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
14071640     +CBNA,   BBY,    PO Box 6497,   Sioux Falls, SD 57117-6497
14059162      Chase Auto Finance,    PO Box 30285,   Salt Lake City, UT  84130-0285
14071643     +Citi,   PO Box 790040,    St. Louis, MO 63179-0040
14071644      Department Of Veterans Affairs,    PO Box 530269,   Atlanta, GA  30353-0269
14090540     +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14094209     +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
14059166     +Sears /CBNA,   PO Box 6189,    Sioux Falls, SD 57117-6189
14059168     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL  60197-5855)
14071650      US Department Of Veterans Affiars,    Pgh. Healthcare System, VAMC 646,    University Drive C,
               Pgh, PA  15240
14059169     +Wells Fargo Bank,    PO Box 10335,   Des Moines, IA 50306-0335
14130766     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
14059170     +World Omni Financial Corp.,    111 Jim Moran Blvd.,   Deerfield Beach, FL 33442-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14080711      E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2020 03:50:28     Ally Bank,   PO Box 130424,
               Roseville, MN 55113-0004
14059161     +E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2020 03:50:28     Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
14059164      E-mail/Text: bankruptcy.notices@hdfsi.com Aug 26 2020 03:51:32
               Harley-Davidson Financial Services, Inc.,    PO Box 22048,   Carson City, NV  89721-2048
14059163      E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 26 2020 03:53:08     Chase Bank USA NA,
               PO Box 15298,   Wilmington, DE  19850-5298
14083163      E-mail/Text: bk.notifications@jpmchase.com Aug 26 2020 03:50:42     JPMorgan Chase Bank N.A.,
               National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14059165     +E-mail/Text: PBNCNotifications@peritusservices.com Aug 26 2020 03:50:31     Kohl's,
               N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14131123      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2020 03:53:56
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14059167      E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2020 03:53:49     SYNCB/Wal-Mart,    PO Box 965024,
               Orlando, FL  32896-5024
14071651     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 26 2020 03:50:25
               Verizon,   PO Box 33078,    St. Petersburg, FL 33733-8078
14085407     +E-mail/Text: BKRMailOps@weltman.com Aug 26 2020 03:51:15     WORLD OMNI FINANCIAL CORP,
               Its Successors and Assigns,    c/o Weltman Weinberg & Reis,   323 W Lakeside Avenue,
               Cleveland Oh 44113-1085
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMorgan Chase Bank, N.A.
14071638*    +Ally Financial,    PO Box 380901,   Bloomington, MN 55438-0901
14071641*     Chase Auto Finance,    PO Box 30285,   Salt Lake City, UT  84130-0285
14071645*     Harley-Davidson Financial Services, Inc.,    PO Box 22048,   Carson City, NV  89721-2048
14071642*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court: Chase Bank USA NA,    PO Box 15298,   Wilmington, DE  19850-5298)
14071646*    +Kohl's,   N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14071648*     SYNCB/Wal-Mart,    PO Box 965024,   Orlando, FL  32896-5024
14071647*    +Sears /CBNA,   PO Box 6189,    Sioux Falls, SD 57117-6189
14071649*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL  60197-5855)
14071652*    +Wells Fargo Bank,    PO Box 10335,   Des Moines, IA 50306-0335
14071653*    +World Omni Financial Corp.,    111 Jim Moran Blvd.,   Deerfield Beach, FL 33442-1701
                                                                               TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 25, 2020
                              Form ID: 604            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Wayne E. Brennan Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 6
```