**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WAYNE E. BRENNAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22087<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/08/2015 and confirmed on 8/6/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,372.00 |
| Less Refunds to Debtor | 328.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,044.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 858.18 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,658.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3156 | | | | |
|   JPMORGAN CHASE BANK NA | 648.38 | 648.38 | 419.41 | 1,067.79 |
|     Acct: 3504 | | | | |
| | | | | 1,067.79 |
| **Priority** | | | | |
|   MARY BOWER SHEATS ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WAYNE E. BRENNAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WAYNE E. BRENNAN | 328.00 | 328.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 4,275.68 | 996.01 | 0.00 | 996.01 |
|     Acct: 8111 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2021 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DEPARTMENT OF VETERANS AFFAIRS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 8,583.33 | 1,999.46 | 0.00 | 1,999.46 |
|     Acct: 7256 | | | | |
|   CAPITAL ONE NA** | 1,115.02 | 259.74 | 0.00 | 259.74 |
|     Acct: 0094 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9414 | | | | |
|   MIDLAND FUNDING LLC | 615.61 | 143.41 | 0.00 | 143.41 |
|     Acct: 7095 | | | | |
|   TOYOTA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   VA PGH HEALTH CARE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5059 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4591 | | | | |
| WELLS FARGO BANK NA | 8,352.75 | 1,945.74 | 0.00 | 1,945.74 |
| Acct: 6621 | | | | |
| WORLD OMNI FINANCIAL CORP | 23,049.38 | 5,369.27 | 0.00 | 5,369.27 |
| Acct: 3131 | | | | |
| ATLAS SELF STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIF | 491.69 | 114.54 | 0.00 | 114.54 |
| Acct: 4951 | | | | |
| ALLY BANK(*) | 19,274.19 | 4,489.86 | 0.00 | 4,489.86 |
| Acct: 3156 | | | | |
| | | | | 15,318.03 |

TOTAL PAID TO CREDITORS                                                                                    16,385.82

TOTAL CLAIMED
PRIORITY           0.00
SECURED          648.38
UNSECURED     65,757.65

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  WAYNE E. BRENNAN<br>         Debtor(s)<br>  Ronda J. Winnecour<br>         Movant<br>         vs.<br>  No Repondents. | Case No.:15-22087<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                              BY THE COURT:

                              _____
                              U.S. BANKRUPTCY JUDGE

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 15-22087-GLT
Wayne E. Brennan                                                         Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                   Page 1 of 2                   Date Rcvd: Aug 25, 2020
                               Form ID: pdf900              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db             +Wayne E. Brennan,    218 Shannon Heights Drive,    Verona, PA 15147-2822
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
sp             +Katherine Neal,    Carey, Leisure & Neal,    622 Bypass Drive,    Suite 100,
                 Clearwater, FL 33764-5002
14059160        A T & T Universal Card,    PO Box 6500,    Sioux Falls, SD   57117-6500
14127009        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA   90051-5478
14087461       +Atlas Self Storage,    6449 Saltsburg Road,    Pittsburgh, PA 15235-2071
14071639        Atlas Storage,    Saltsburg Road,    Penn Hills, PA   15235
14101398        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14071640       +CBNA,   BBY,   PO Box 6497,    Sioux Falls, SD 57117-6497
14059162        Chase Auto Finance,    PO Box 30285,    Salt Lake City, UT   84130-0285
14071643       +Citi,   PO Box 790040,    St. Louis, MO 63179-0040
14071644        Department Of Veterans Affairs,    PO Box 530269,    Atlanta, GA   30353-0269
14090540       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14094209       +Midland Credit Management, Inc. as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14059166       +Sears /CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
14059168       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,      PO Box 5855,
                 Carol Stream, IL   60197-5855)
14071650        US Department Of Veterans Affiars,    Pgh. Healthcare System, VAMC 646,    University Drive C,
                 Pgh, PA   15240
14059169       +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
14130766       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
14059170       +World Omni Financial Corp.,    111 Jim Moran Blvd.,    Deerfield Beach, FL 33442-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14080711        E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2020 03:50:28     Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
14059161       +E-mail/Text: ally@ebn.phinsolutions.com Aug 26 2020 03:50:28     Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
14059164        E-mail/Text: bankruptcy.notices@hdfsi.com Aug 26 2020 03:51:33
                 Harley-Davidson Financial Services, Inc.,    PO Box 22048,    Carson City, NV   89721-2048
14059163        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 26 2020 03:53:08      Chase Bank USA NA,
                 PO Box 15298,    Wilmington, DE   19850-5298
14083163        E-mail/Text: bk.notifications@jpmchase.com Aug 26 2020 03:50:42     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14059165       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 26 2020 03:50:31      Kohl's,
                 N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14131123        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2020 03:53:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14059167        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2020 03:53:49     SYNCB/Wal-Mart,    PO Box 965024,
                 Orlando, FL  32896-5024
14071651       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 26 2020 03:50:25
                 Verizon,   PO Box 33078,    St. Petersburg, FL 33733-8078
14085407       +E-mail/Text: BKRMailOps@weltman.com Aug 26 2020 03:51:15     WORLD OMNI FINANCIAL CORP,
                 Its Successors and Assigns,    c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,
                 Cleveland Oh 44113-1085
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
14071638*      +Ally Financial,    PO Box 380901,    Bloomington, MN 55438-0901
14071641*       Chase Auto Finance,    PO Box 30285,    Salt Lake City, UT   84130-0285
14071645*       Harley-Davidson Financial Services, Inc.,    PO Box 22048,    Carson City, NV   89721-2048
14071642*      ++JPMORGAN CHASE BANK   N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase Bank USA NA,     PO Box 15298,    Wilmington, DE  19850-5298)
14071646*      +Kohl's,   N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14071648*       SYNCB/Wal-Mart,    PO Box 965024,    Orlando, FL  32896-5024
14071647*      +Sears /CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
14071649*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,      PO Box 5855,
                 Carol Stream, IL   60197-5855)
14071652*      +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
14071653*      +World Omni Financial Corp.,    111 Jim Moran Blvd.,    Deerfield Beach, FL 33442-1701
                                                                                      TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 25, 2020
                              Form ID: pdf900         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Wayne E. Brennan Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```