| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Wayne E. Brennan** | Social Security number or ITIN  **xxx–xx–7004** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–22087–GLT** | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne E. Brennan

10/13/20                                                                    **By the court:**   Gregory L. Taddonio
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wayne E. Brennan  
    Debtor(s)

Case No. 15-22087-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3  
Date Rcvd: Oct 13, 2020      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne E. Brennan, 218 Shannon Heights Drive, Verona, PA 15147-2822 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Katherine Neal, Carey, Leisure & Neal, 622 Bypass Drive, Suite 100, Clearwater, FL 33764-5002 |
| 14127009 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14087461 | + | Atlas Self Storage, 6449 Saltsburg Road, Pittsburgh, PA 15235-2071 |
| 14071639 | | Atlas Storage, Saltsburg Road, Penn Hills, PA 15235 |
| 14059162 | | Chase Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14071644 | | Department Of Veterans Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 14090540 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14071650 | | US Department Of Veterans Affiars, Pgh. Healthcare System, VAMC 646, University Drive C, Pgh, PA 15240 |
| 14059170 | + | World Omni Financial Corp., 111 Jim Moran Blvd., Deerfield Beach, FL 33442-1701 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2020 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2020 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14059160 | | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | A T & T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14080711 | | EDI: GMACFS.COM | Oct 14 2020 05:03:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14059161 | + | EDI: GMACFS.COM | Oct 14 2020 05:03:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14101398 | | EDI: BL-BECKET.COM | Oct 14 2020 05:03:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14071640 | + | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | CBNA, BBY, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14071643 | + | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | Citi, PO Box 790040, St. Louis, MO 63179-0040 |
| 14059164 | | Email/Text: bankruptcy.notices@hdfsi.com | Oct 14 2020 03:14:00 | Harley-Davidson Financial Services, Inc., PO Box 22048, Carson City, NV 89721-2048 |
| 14059163 | | EDI: JPMORGANCHASE | Oct 14 2020 05:03:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14083163 | | EDI: CAUT.COM | Oct 14 2020 05:03:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , |

Case 15-22087-GLT    Doc 78    Filed 10/15/20    Entered 10/16/20 01:46:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AZ 85038-9505 |
| 14059165 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2020 03:13:00 | Kohl's, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 14094209 | + | EDI: MID8.COM | Oct 14 2020 05:03:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14131123 | | EDI: PRA.COM | Oct 14 2020 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14059167 | | EDI: RMSC.COM | Oct 14 2020 05:03:00 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14059166 | + | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | Sears /CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14059168 | | EDI: TFSR.COM | Oct 14 2020 05:03:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14071651 | + | EDI: VERIZONCOMB.COM | Oct 14 2020 05:03:00 | Verizon, PO Box 33078, St. Petersburg, FL 33733-8078 |
| 14085407 | + | Email/Text: BKRMailOps@weltman.com | Oct 14 2020 03:14:00 | WORLD OMNI FINANCIAL CORP, Its Successors and Assigns, c/o Weltman Weinberg & Reis, 323 W Lakeside Avenue, Cleveland Oh 44113-1085 |
| 14059169 | + | EDI: WFFC.COM | Oct 14 2020 05:03:00 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14130766 | + | EDI: WFFC.COM | Oct 14 2020 05:03:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| 14071638 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14071641 | * | Chase Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14071645 | * | Harley-Davidson Financial Services, Inc., PO Box 22048, Carson City, NV 89721-2048 |
| 14071642 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14071646 | *+ | Kohl's, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 14071648 | * | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14071647 | *+ | Sears /CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14071649 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14071652 | *+ | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14071653 | *+ | World Omni Financial Corp., 111 Jim Moran Blvd., Deerfield Beach, FL 33442-1701 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: lfin | Page 3 of 3
Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 32

Date: Oct 15, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  N.A. andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  N.A. bnicholas@kmllawgroup.com |
| Mary Bower Sheats | on behalf of Debtor Wayne E. Brennan Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6