FILED
10/13/20 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WAYNE E. BRENNAN

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:15-22087

Chapter 13

Related to Docket No. 71

ORDER OF COURT

AND NOW, this _____13th Day of October, 2020 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE **drb**

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 15-22087-GLT

Wayne E. Brennan                                                                              Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: lfin                                                    Page 1 of 3

Date Rcvd: Oct 13, 2020                  Form ID: pdf900                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne E. Brennan, 218 Shannon Heights Drive, Verona, PA 15147-2822 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Katherine Neal, Carey, Leisure & Neal, 622 Bypass Drive, Suite 100, Clearwater, FL 33764-5002 |
| 14059160 | | A T & T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14127009 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14087461 | + | Atlas Self Storage, 6449 Saltsburg Road, Pittsburgh, PA 15235-2071 |
| 14071639 | | Atlas Storage, Saltsburg Road, Penn Hills, PA 15235 |
| 14101398 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14071640 | + | CBNA, BBY, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14059162 | | Chase Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14071643 | + | Citi, PO Box 790040, St. Louis, MO 63179-0040 |
| 14071644 | | Department Of Veterans Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 14090540 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14059166 | + | Sears /CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14059168 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14071650 | | US Department Of Veterans Affiars, Pgh. Healthcare System, VAMC 646, University Drive C, Pgh, PA 15240 |
| 14059169 | + | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14130766 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 14059170 | + | World Omni Financial Corp., 111 Jim Moran Blvd., Deerfield Beach, FL 33442-1701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080711 | | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2020 03:12:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14059161 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2020 03:12:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14059164 | | Email/Text: bankruptcy.notices@hdfsi.com | Oct 14 2020 03:14:00 | Harley-Davidson Financial Services, Inc., PO Box 22048, Carson City, NV 89721-2048 |
| 14059163 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 14 2020 03:27:39 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14083163 | | Email/Text: bk.notifications@jpmchase.com | Oct 14 2020 03:13:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14059165 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2020 03:13:00 | Kohl's, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 14094209 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 03:14:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14131123 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 03:26:04 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 30 |

| | | | Norfolk VA 23541 |
|---|---|---|---|
| 14059167 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 14 2020 03:24:25 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14071651 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Oct 14 2020 03:12:00 | Verizon, PO Box 33078, St. Petersburg, FL 33733-8078 |
| 14085407 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Oct 14 2020 03:14:00 | WORLD OMNI FINANCIAL CORP, Its Successors and Assigns, c/o Weltman Weinberg & Reis, 323 W Lakeside Avenue, Cleveland Oh 44113-1085 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| 14071638 | *+ | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14071641 | * | Chase Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14071645 | * | Harley-Davidson Financial Services, Inc., PO Box 22048, Carson City, NV 89721-2048 |
| 14071642 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14071646 | *+ | Kohl's, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 14071648 | * | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14071647 | *+ | Sears /CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14071649 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14071652 | *+ | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14071653 | *+ | World Omni Financial Corp., 111 Jim Moran Blvd., Deerfield Beach, FL 33442-1701 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. andygornall@latouflawfirm.com |
| Brett A. Solomon | |
| | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. bnicholas@kmllawgroup.com |
| Mary Bower Sheats | |

on behalf of Debtor Wayne E. Brennan Mary@mbsheatslaw.com
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6